THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUYALLUP TRIBE OF INDIANS, | CASE NO. C20-1864-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| ELECTRON HYDRO, LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' status report (Dkt. No. 21). The parties ask to extend the stay in this case by an additional 60 days. (*Id.* at 2.) Finding good cause, the stay is extended. The parties are ORDERED to provide the Court with another joint status report no later than July 1, 2022.

DATED this 2nd day of May 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk