The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | | |
|---|---|---|
| PUYALLUP TRIBE OF INDIANS, | ) | No. 2:20-CV-1864 |
| Plaintiff, | ) ) | PUYALLUP TRIBE OF INDIANS AND ELECTRON HYDRO LLC, ET AL. PROPOSED SCHEDULING ORDER |
| vs. | ) ) ) | |
| ELECTRON HYDRO, LLC; THOM A. FISCHER; ~~TOLLHOUSE ENERGY COMPANY~~, | ) ) | |
| Defendants. | ) ) | |

This matter comes before the Court upon the parties' joint status report dated November 1, 2023, and proposed schedule. Based upon the joint status report and proposed schedule, the Court orders:

This matter is set for trial **March 18, 2024;**

- Plaintiff will file its Motion for Partial Summary Judgment on November 10, 2023;
- Defendants will file a combined Response/Cross motion to Dismiss on December 8, 2023;
- Plaintiff will file a combined Response/Reply on January 8, 2024;
- Defendants will file a final Reply on January 16, 2024.

JOINT STATUS REPORT – 2:20-CV-1864

1

**EARTHJUSTICE**
810 3rd Ave #610
SEATTLE, WA 98104
(206) 343-7340

- The Parties shall simultaneously exchange witness and exhibit lists and proposed pretrial order under Local Rule 16 on February 12, 2024;
- The Parties shall file the final proposed pretrial order under Local Rule 16 on February 23, 2024.
- All pretrial Motions in Limine and other evidentiary Motions, including motions regarding stipulated exhibits and evidence, February 26, 2024;
- Trial briefs, March 11, 2024.

DATED this 2nd day of November 2023.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

*/s/ Janette K. Brimmer*
Janette K. Brimmer, WSBA # 41271
Elizabeth B. Forsyth, WSBA # 57927
Earthjustice
810 3rd Ave #610
Seattle, WA 98104
Telephone: (206) 343-7340
E-mail:  jbrimmer@earthjustice.org
         eforsyth@earthjustice.org

Lisa A.H. Anderson, WSBA #27877
Samuel J. Stiltner, WSBA #7765
Law Office of the Puyallup Tribe of Indians
3009 E. Portland Ave
Tacoma, WA 98404
Telephone: (253) 573-7877
E-mail:  Lisa.Anderson@Puyalluptribe-nsn.gov
         Sam.Stiltner@Puyalluptribe-nsn.gov

THE PUYALLUP TRIBE OF INDIANS

*/s/ Svend Brandt-Erichsen*
Svend Brandt-Erichsen, WSBA #23923
NOSSAMAN LLP
719 Second Avenue, Suite 1200
Seattle, WA 98104
Telephone: (206) 395-7630
Email:  sbrandterichsen@nossaman.com

*Attorney for Defendants*