THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PUYALLUP TRIBE OF INDIANS,

               Plaintiff,

     v.

ELECTRON HYDRO, LLC, *et al.*,

               Defendants.

CASE NO. C20-1864-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter is presently scheduled for a March 11, 2024 bench trial. (*See* Dkt. No. 45 at 1.) In light of the Court's trial calendar, bench trial for this case is **continued to April 22, 2024** and the remaining pre-trial deadlines are reset as follows:

- The parties shall simultaneously exchange witness and exhibit lists and a proposed pretrial order under LCR 16 on March 11, 2024.

- The parties shall file the final proposed pretrial order under LCR 16 on March 25, 2024.

- All motions *in limine* and other evidentiary motions, including motions regarding stipulated exhibits and evidence are due March 29, 2024.

- Trial briefs are due April 14, 2024.

1  In addition, Plaintiff's motion for summary judgment (Dkt. No. 47)[1] is hereby set for oral

2  argument[2] at 9:00 a.m. on February 6, 2024 in Courtroom 16206.

3

4      DATED this 22nd day of January 2024.

5

6                                                    Ravi Subramanian
                                                     Clerk of Court

7
                                                     s/Kathleen Albert
8                                                    Deputy Clerk

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  [1] The Court will rule on Defendant's cross-motion for partial dismissal (Dkt. No. 52 at 24–29) on
    the papers. No oral argument is necessary.

26  [2] The parties will each be limited to 15 minutes of argument.

MINUTE ORDER
C20-1864-JCC
PAGE - 2