THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUYALLUP TRIBE OF INDIANS, | CASE NO. C20-1864-JCC |
| Plaintiff, | CORRECTED MINUTE ORDER |
| v. | |
| ELECTRON HYDRO, LLC, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter is presently scheduled for a March 18~~11~~, 2024 bench trial. (*See* Dkt. No. 45 at 1.) In light of the Court's trial calendar, bench trial for this case is **continued to April 22, 2024** and the remaining pre-trial deadlines are reset as follows:

- The parties shall simultaneously exchange witness and exhibit lists and a proposed pretrial order under LCR 16 on March 11, 2024.
- The parties shall file the final proposed pretrial order under LCR 16 on March 25, 2024.
- All motions *in limine* and other evidentiary motions, including motions regarding stipulated exhibits and evidence are due March 29, 2024.
- Trial briefs are due April 14, 2024.

CORRECTED MINUTE ORDER
C20-1864-JCC
PAGE - 1

In addition, Plaintiff's motion for summary judgment (Dkt. No. 47)[1] is hereby set for oral argument[2] at 9:00 a.m. on February 6, 2024 in Courtroom 16206.

DATED this 22nd day of January 2024.

Ravi Subramanian<br>
Clerk of Court<br>
<br>
s/Kathleen Albert<br>
Deputy Clerk

---

[1] The Court will rule on Defendant's cross-motion for partial dismissal (Dkt. No. 52 at 24–29) on the papers. No oral argument is necessary.

[2] The parties will each be limited to 15 minutes of argument.

CORRECTED MINUTE ORDER
C20-1864-JCC
PAGE - 2