THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PUYALLUP TRIBE OF INDIANS, | CASE NO. C20-1864-JCC |
| Plaintiff, | ORDER |
| v. | |
| ELECTRON HYDRO, LLC, *et al.*, | |
| Defendants. | |

This matter comes before the Court on the parties' joint status report (Dkt. No. 82), where they ask the Court to stay this matter, pending disposition of Defendants' appeal of the Court's recent order granting partial summary judgment to Plaintiff. (*Id.* at 1–2.) Given the potential impact of this appeal, the Court finds good cause to grant the parties' request. Therefore, the Court VACATES the case management schedule and stays this matter pending the outcome of Defendants' appeal. Fed. R. Civ. P. 16(b)(4). The parties are DIRECTED to provide the Court with a joint status report within 14 days of the disposition of Defendants' current appeal.

It is so ORDERED this 22nd day of February 2024.

*[signature]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE